**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 02, 2026

Mr. Richard S. Edelman
Mooney Green Saindon Murphy & Welch
1620 Eye Street, N.W.
Suite 700
Washington, DC 20036

Mr. Marc Pilcher
Transportation Security Administration
6595 Springfield Center Drive
Springfield, VA 20598

Re: Case No. 26-3081
*Brotherhood of Maintenance of Way Employees Divisi v. DOT, et al*
Originating Case No. FRA-2025-0059

Dear Counsel,

This case has been docketed as number **26-3081** with the caption that is enclosed on a separate page. Please check the caption for accuracy and notify the Clerk's Office if any corrections should be made.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

The following case opening items should be docketed with the Clerk's office by **February 17, 2026**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space. If payment did not accompany the petition for review, the $600 filing fee should also be paid by this date.

| | |
|---|---|
| Petitioner: | Appearance of Counsel<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |
| Respondent: | Appearance of Counsel |

These deadlines are important - if the initial case opening items are not timely filed and necessary fees paid, the case will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Antoinette
Case Management Specialist
Direct Dial No. 513-564-7015

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-3081**

BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES DIVISION/IBT

Petitioner

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; FEDERAL RAILROAD ADMINISTRATION

Respondents